**Order filed September 9, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00369-CV
_____

## QUION INVESTORS, INC., Appellant

## V.

## JIM GRIBBLE AND CAROLYN GRIBBLE, Appellees

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. 2019-106**

# O R D E R

Appellant's brief was due August 30, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before October 11, 2021, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.